

# Seattle City Attorney
Peter S. Holmes

Michael K. Ryan
206.684.8207
michael.ryan@seattle.gov

March 31, 2017

The Honorable Robert S. Lasnik
United States District Court for the
Western District of Washington
700 Stewart Street
Seattle, WA 98101

    Re:    *Chamber of Commerce of the United States v. City of Seattle, et al.*,
            Case No. 2:17-cv-00370-RSL

Dear Judge Lasnik:

      The City writes to respond briefly to the Chamber of Commerce's letter (Dkt. # 47), which it filed at 4:15 this afternoon. In it, the Chamber offers its belated response to the City's assurance to the Court at yesterday's hearing that no driver coordinator belonging to the Chamber would face consequences from the City for delaying in providing a list of qualified drivers to Teamsters Local 117 (the sole QDR to be certified under the Ordinance) pending the Court's ruling on the pending motion for injunctive relief.

      Although the Chamber said nothing yesterday as the City and the Court discussed that assurance, it now expresses concern that despite the City's assurances that it will not enforce the April 3, 2017 deadline for producing a list of qualifying drivers against the Chamber's members, Teamsters Local 117 might do so through a private right of action in state court. However, Teamsters Local 117's counsel were present in court and are well aware of the City's agreement to a short delay to allow the Court time to rule on the request for injunctive relief. It is highly implausible that, despite such awareness, Teamsters Local 117 would file a state court lawsuit over a brief delay in obtaining the qualifying driver list. It is even more implausible that a state court would exercise its discretion to award damages, injunctive relief, or attorneys' fees under these circumstances.

      If the Court would nonetheless want similar assurances to those offered by the City from Teamsters Local 117, the City would be happy to relay that request on Monday. Otherwise, temporary injunctive relief may not be ordered without a showing of likely irreparable harm and likely success on the merits, which are not present here.

SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE, SUITE 2050, SEATTLE, WASHINGTON 98104-7097
(206) 684-8200    FAX (206) 684-8284    TTY (206) 233-7206
an equal employment opportunity employer

Revised 01/11/2017

Sincerely,

Michael K. Ryan

SEATTLE CITY ATTORNEY'S OFFICE
701 FIFTH AVENUE, SUITE 2050, SEATTLE, WASHINGTON 98104-7097
(206) 684-8200    FAX (206) 684-8284    TTY (206) 233-7206
an equal employment opportunity employer

Revised 01/11/2017