UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and RASIER, LLC,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>CITY OF SEATTLE; et al.,<br><br>Defendants-Appellees. | No.   17-35640<br><br>D.C. No. 2:17-cv-00370-RSL<br>Western District of Washington, Seattle<br><br>ORDER |

Before:  M. SMITH and MURGUIA, Circuit Judges, and ROBRENO,[*] District Judge.

Appellees' motion for leave to file a reply brief in support of the petition for rehearing or rehearing en banc is GRANTED.  Appellants may file a sur-reply brief not to exceed thirteen pages within seven days of this order.  After that date, neither Appellants nor Appellees shall file any further briefs regarding the pending petition for rehearing or rehearing en banc.

---

[*]    The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.