| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | SEP 14 2018 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and RASIER, LLC,

        Plaintiffs-Appellants,

 v.

CITY OF SEATTLE; et al.,

        Defendants-Appellees.

No. 17-35640

D.C. No. 2:17-cv-00370-RSL
Western District of Washington, Seattle

ORDER

Before: M. SMITH and MURGUIA, Circuit Judges, and ROBRENO,[*] District Judge.

The panel has unanimously voted to deny the petition for panel rehearing; Judges M. Smith and Murguia have voted to deny the petition for rehearing en banc, and Judge Robreno so recommends. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing and rehearing en banc (Dkt. No. 104) is **DENIED**.

---

[*] The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.