UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE CITY OF SEATTLE, *et al.*,<br><br>　　　　　　　Defendants. | No. C17-370RSL<br><br>MINUTE ORDER |

　　　The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

　　　At the request of the parties and for good cause shown, the Court extends the deadline for the Joint Status Report to Friday, October 26, 2018.

　　　DATED this 23rd day of October, 2018.

　　　　　　　　　　　　　　　　　　　　/s/Kerry Simonds
　　　　　　　　　　　　　　　　　　　　by Kerry Simonds, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　To Robert S. Lasnik, Judge
　　　　　　　　　　　　　　　　　　　　206-370-8519

MINUTE ORDER