Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, and RASIER, LLC<br><br>   *Plaintiffs*,<br> v.<br>CITY OF SEATTLE *et al.*<br><br>   *Defendants*. | Case No. 17-cv-00370-RSL<br><br>**CORPORATE DISCLOSURE STATEMENT OF CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA** |

  Plaintiff Chamber of Commerce of the United States of America is a nonprofit, tax-exempt organization incorporated in the District of Columbia. The Chamber is the world's largest business federation. The Chamber has no parent corporation, and no publicly held company owns 10% or more of its stock.

Corporate Disclosure Statement - 1
Case No. 17-cv-00370-RSL

| | | |
|---|---|---|
| 1 | Dated: October 26, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | By:  *s/ Timothy J. O'Connell* |
| 4 | Steven P. Lehotsky | Timothy J. O'Connell, WSBA 15372 |
| 5 | (D.C. Bar No. 992725)<br>(pro hac vice) | STOEL RIVES LLP<br>600 University Street, Suite 3600 |
| 6 | U.S. CHAMBER LITIGATION CENTER<br>1615 H Street, N.W. | Seattle, WA 98101<br>(206) 624-0900 |
| 7 | Washington, D.C. 20062<br>(202) 463-3187 | (206) 386-7500 FAX<br>Tim.oconnell@stoel.com |
| 8 | slehotsky@uschamber.com | Michael A. Carvin |
| 9 | *Attorney for Plaintiff* | (D.C. Bar No. 366784)<br>(pro hac vice) |
| 10 | *Chamber of Commerce of the<br>United States of America* | Jacqueline M. Holmes<br>(D.C. Bar No. 450357) |
| 11 | | (pro hac vice) |
| 12 | | Christian G. Vergonis<br>(D.C. Bar No. 483293) |
| 13 | | (pro hac vice) |
| 14 | | Robert Stander<br>(D.C. Bar No. 1028454) |
| 15 | | (pro hac vice)<br>JONES DAY |
| 16 | | 51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001 |
| 17 | | (202) 879-3939<br>(202) 616-1700 FAX |
| 18 | | mcarvin@jonesday.com |
| 19 | | *Attorneys for Plaintiff*<br>*Chamber of Commerce of the* |
| 20 | | *United States of America* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

Corporate Disclosure Statement - 2
Case No. 17-cv-00370-RSL

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties who have appeared in this case.

DATED: October 26, 2018 at Seattle, Washington.

STOEL RIVES LLP

*s/ Timothy J. O'Connell*
Timothy J. O'Connell,
WSBA No. 15372
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: tim.oconnell@stoel.com

Corporate Disclosure Statement - 3
Case No. 17-cv-00370-RSL