Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>THE CITY OF SEATTLE; SEATTLE DEPARTMENT OF FINANCE AND ADMINISTRATIVE SERVICES; and FRED PODESTA, in his official capacity as Director, Finance and Administrative Services, City of Seattle,<br><br>                Defendants. | No.   17-cv-00370RSL<br><br>NOTICE OF WITHDRAWAL OF COUNSEL FOR CITY OF SEATTLE |

TO:        Clerk of the above-entitled court;

AND TO:   All Counsel of Record:

      Please note that Josh Johnson hereby withdraws as counsel for Defendant City of Seattle in the above-captioned case. Michael K. Ryan, Gregory C. Narver and Sara O'Connor-Kriss remain as co-counsel for Defendant City of Seattle, and request that any copies of papers and pleadings be addressed to City of Seattle in this action and be served upon Michael K. Ryan, Gregory C. Narver and Sara O'Connor-Kriss at the address below or via ECF electronic service:

NOTICE OF WITHDRAWAL OF
COUNSEL FOR CITY OF SEATTLE (17-cv-00370) - 1

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

<u>Delivery & Mailing Address</u>:

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104-7097

DATED this 13th day of November, 2018.

PETER S. HOLMES
Seattle City Attorney

By:   /s/Michael K. Ryan
WSBA #32091
Gregory C. Narver, WSBA#18127
Sara O'Connor-Kriss, WSBA#41569
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA  98104
Phone: (206) 684-8207 – Michael K. Ryan
Phone: (206) 684-8233 – Gregory C. Naraver
Phone: (206) 615-0788 – Sara O'Connor-Kriss
Fax: (206) 684-8284
E-mail: michael.ryan@seattle.gov
E-mail: gregory.narver@seattle.gov
E-mail: sara.oconnor-kriss@seattle.gov

Stephen P. Berzon
Stacey M. Leyton
P. Casey Pitts
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Phone: (415) 421-7151
Fax: (415) 362-8064
E-mail: sberzon@altber.com
E-mail: sleyton@altber.com
E-mail: cpitts@altber.com

Attorneys for Defendants

NOTICE OF WITHDRAWAL OF
COUNSEL FOR CITY OF SEATTLE (17-cv-00370) - 2

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2018, I electronically filed this Notice of Withdrawal of Counsel for City of Seattle with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the below-listed:

| | |
|---|---|
| Timothy J. O'Connell | tim.oconnell@stoel.com |
| Kathryn Comerford Todd | ktodd@uschamber.com |
| Michael A. Carvin | macarvin@jonesday.com |
| Steven P. Lehotsky | slehotsky@uschamber.com |
| Jacqueline M. Holmes | jholmes@jonesday.com |
| Christian G. Vergonis | cvergonis@jonesday.com |
| Warren Postman | wpostman@uschamber.com |
| Lily Fu Claffee | lfclaffee@uschamber.com |
| Robert Stander | rstander@jonesday.com |
| Robert Maguire | robmaguire@dwt.com |
| Douglas Ross | douglasross@dwt.com |

DATED this 13th day of November, 2018, at Seattle, Washington.

By:   /s/Michael K. Ryan
Michael K. Ryan, WSBA #32091
michael.ryan@seattle.gov

NOTICE OF WITHDRAWAL OF
COUNSEL FOR CITY OF SEATTLE (17-cv-00370) - 3

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200