Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, and

RASIER, LLC

   *Plaintiffs*,

v.

CITY OF SEATTLE,

SEATTLE DEPARTMENT OF FINANCE AND ADMINISTRATIVE SERVICES, and

CALVIN W. GOINGS,[1] in his official capacity as Director, Finance and Administrative Services, City of Seattle

   *Defendants*.

Case No. 17-cv-00370-RSL

**STIPULATED MOTION REGARDING MOTIONS AND BRIEFING SCHEDULE**

**NOTING DATE: December 6, 2018**

  Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs and Defendants ("Seattle") submit this Stipulated Motion to modify the schedule for the filing and briefing of Plaintiffs' motion for summary judgment and Seattle's motion for discovery set forth in the Court's case

---

[1] Former Defendant Fred Podesta is no longer the Director of Finance and Administrative Services. The current Director is Calvin W. Goings.

Stipulated Motion Regarding Motions and Briefing Schedule - 1

management order dated November 2, 2018, and the parties' Joint Status Report and Discovery Plan dated October 26, 2018.  For the reasons set forth herein, the parties stipulate and agree that the time for Plaintiffs to file their motion for summary judgment shall be suspended pending Seattle's consideration of an amendment to the collective-bargaining ordinance under review in this action.  The parties shall file a joint status report no later than January 15, 2019, advising the Court on the status of the amendment and proposing a revised schedule for the filing and briefing of Plaintiffs' motion for summary judgment and Seattle's motion for discovery.

1. This case, on remand from the Ninth Circuit, involves a facial challenge to a Seattle ordinance authorizing for-hire drivers to engage in collective negotiations over the terms of their contracts with ride-referral and similar companies (known under the ordinance as "driver coordinators").  Plaintiffs allege that the ordinance violates and is preempted by federal antitrust law.

2. The parties previously negotiated, and the Court ordered, a schedule for the filing by Plaintiffs of a motion for summary judgment and the subsequent filing by Seattle of a motion for discovery under Rule 56(b).  Under the schedule, Plaintiffs' motion for summary judgment is due to be filed this Friday, December 7, and any motion by Seattle for discovery would be due on December 21.

3. On Monday, December 3, counsel for the City informed counsel for Plaintiffs that the City Council is considering an amendment to the ordinance that would remove "the nature or amount of payments to be made by, or withheld from, a driver coordinator to or by its drivers" from the authorized subjects of collective negotiations.  Seattle expects the City Council to make a final decision on this proposed amendment within approximately the next month, but not before December 21.

4. Plaintiffs believe that the amendment would not cure the ordinance's legal deficiencies.  Nevertheless, the parties agree that the amendment, if enacted, could potentially

Stipulated Motion Regarding Motions and Briefing Schedule - 2

affect the presentation and scope of the parties' arguments.  Because the amendment will be enacted, if at all, after the current motions deadlines, enactment of the amendment would require the parties to revise or supplement their motions and briefs.

5.  Accordingly, to avoid burdening the parties and the Court with potentially unnecessary time and expense, the parties hereby stipulate and agree to temporarily suspend the filing and briefing of their respective motions while the City Council considers the amendment.

6.  The parties further stipulate and agree that they will submit a joint status report no later than January 15, 2019, advising the Court on the status of the amendment and proposing a revised schedule for the filing and briefing of Plaintiffs' motion for summary judgment and any motion by Seattle for discovery.

IT IS SO STIPULATED.

Dated: December 6, 2018                           Respectfully submitted,

By:  *s/ Robert J. Maguire*                         By:  *s/ Timothy J. O'Connell*

Robert J. Maguire, WSBA 29909           Timothy J. O'Connell, WSBA 15372
Douglas C. Ross, WSBA 12811             STOEL RIVES LLP
DAVIS WRIGHT TREMAINE                   600 University Street, Suite 3600
Suite 2200                              Seattle, WA 98101
1201 Third Avenue                       (206) 624-0900
Seattle, WA 98101                       (206) 386-7500 FAX
(206) 622-3150                          Tim.oconnell@stoel.com
(206) 757-7700 FAX
robmaguire@dwt.com                      Michael A. Carvin
                                        (D.C. Bar No. 366784)
*Attorneys for Plaintiff Rasier, LLC*   (pro hac vice)

                                        Christian G. Vergonis
                                        (D.C. Bar No. 483293)
By: */s/Michael K. Ryan*                (pro hac vice)
PETER S. HOLMES
   Seattle City Attorney                Jacqueline M. Holmes
GREGORY C. NARVER                       (D.C. Bar No. 450357)
MICHAEL K. RYAN                         (pro hac vice)
SARA O'CONNOR-KRISS
                                        Robert Stander
                                        (D.C. Bar No. 1028454)

Stipulated Motion Regarding Motions and Briefing Schedule - 3

| | |
|---|---|
| *Assistant City Attorneys*<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>(206) 684-8200<br><br>STEPHEN P. BERZON<br>STACEY M. LEYTON<br>P. CASEY PITTS<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>(415) 421-7151<br><br>*Attorneys for Defendants*<br>*City of Seattle et al.* | (pro hac vice)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 879-3939<br>(202) 616-1700 FAX<br>mcarvin@jonesday.com<br><br>Steven P. Lehotsky<br>(D.C. Bar No. 992725)<br>(pro hac vice)<br>U.S. CHAMBER LITIGATION CENTER<br>1615 H Street, N.W.<br>Washington, D.C. 20062<br>(202) 463-3187<br>slehotsky@uschamber.com<br><br>*Attorneys for Plaintiff*<br>*Chamber of Commerce of the*<br>*United States of America* |

**ORDER**

IT IS SO ORDERED.

DATED this 11th day of December, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

Stipulated Motion Regarding Motions and Briefing Schedule - 4