Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; and RASIER, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SEATTLE; SEATTLE DEPARTMENT OF FINANCE AND ADMINISTRATIVE SERVICES; and FRED PODESTA, in his official capacity as Director, Finance and Administrative Services, City of Seattle,<br><br>Defendants. | No.   17-cv-00370-RSL<br><br>**STIPULATED MOTION TO EXTEND MOTIONS AND BRIEFING SCHEDULE**<br><br>**NOTED ON CALENDAR: March 5, 2019** |

STIPULATED MOTION TO EXTEND MOTIONS
AND BRIEFING SCHEDULE (17-cv-00370)

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

**STIPULATED MOTION TO EXTEND MOTIONS AND BRIEFING SCHEDULE**

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiffs and Defendants ("Seattle") submit this stipulated motion to extend the deadlines set forth in the parties' January 15, 2019 Joint Status Report. For the reasons set forth herein, the parties stipulate and agree that the time for Seattle to file its Rule 56(d) motion shall be extended by two weeks, to March 22, 2019, and the opposition and reply deadlines will likewise be extended by two weeks.

1. This case, on remand from the Ninth Circuit, involves a facial challenge to a Seattle ordinance authorizing for-hire drivers to engage in collective negotiations over the terms of their contracts with ride-referral and similar companies (known under the ordinance as "driver coordinators"). Plaintiffs allege that the ordinance violates and is preempted by federal antitrust law.

2. On October 26, 2018, the parties submitted a Joint Status Report and Discovery plan agreeing to defer discovery pending the Court's resolution of a motion for discovery under Rule 56(d) to be filed by Seattle after Plaintiffs moved for summary judgment, and agreeing to a scheduling for the filing and briefing of such motions. The parties further agreed to suspend the filing and briefing of such motions while the Seattle City Council considered an amendment to the challenged ordinance.

3. On January 11, 2019, the Mayor signed into law an amendment to the ordinance.

4. On January 15, 2019, the parties submitted a Joint Status Report providing that Plaintiffs' motion for summary judgment would be filed by February 15, 2019; Seattle's Rule 56(d) motion would be filed by March 8, 2019; Plaintiffs' opposition to the Rule 56(d) motion would be filed by March 29, 2019; and Seattle's reply in support of the Rule 56(d) motion would be filed by April 12, 2019. The parties' proposed schedule provided that, if Seattle chose not to file a Rule 56(d) motion, its opposition to Plaintiffs' motion for summary judgment would be due by March 29, 2019.

5. Plaintiffs filed their motion for summary judgment on February 15, 2019.

6. Under the existing briefing schedule, Seattle's Rule 56(d) motion is due on March 8, 2019.

7. Seattle requires additional time to prepare its Rule 56(d) motion. The additional time is necessary because Seattle's counsel has a number of other commitments during the time frame in

STIPULATED MOTION TO EXTEND MOTIONS
AND BRIEFING SCHEDULE (17-cv-00370) - 1

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1 which its motion must be researched and drafted. These commitments were not apparent to counsel
2 for Seattle when the parties agreed to the proposed schedule in January, but make it impossible for
3 Seattle to prepare its Rule 56(d) motion within the allotted time.

4     8.    No party will be prejudiced by the proposed extension.

5     9.    Accordingly, the parties stipulate to the proposed revised schedule for briefing and
6 filing of motions:

| | |
|---|---|
| Seattle's Rule 56(d) Motion: | March 22, 2019 |
| Plaintiffs' Opposition to Rule 56(d) Motion: | April 12, 2019 |
| Seattle's Reply in Support of Rule 56(d) Motion: | April 26, 2019 |

IT IS SO STIPULATED.

DATED this 5th day of March, 2019.    Respectfully submitted,

PETER S. HOLMES
Seattle City Attorney

By:    /s/Stacey M. Leyton
WSBA #53757
Stephen P. Berzon (pro hac vice)
Stacey M. Leyton (pro hac vice)
P. Casey Pitts (pro hac vice)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: (415) 421-7151
Fax: (415) 362-8064
E-mail: sberzon@altber.com
E-mail: sleyton@altber.com
E-mail: cpitts@altber.com

Gregory C. Narver, WSBA #18127
Sara O'Connor-Kriss, WSBA #41569
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8233 — Gregory C. Narver
Phone: (206) 615-0788 — Sara O'Connor-Kriss

STIPULATED MOTION TO EXTEND MOTIONS
AND BRIEFING SCHEDULE (17-cv-00370) - 2

PETER S. HOLMES
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Fax: (206) 684-8284
E-mail: gregory.narver@seattle.gov
E-mail: sara.oconnor-kriss@seattle.gov

*Attorneys for Defendants*

By: s/ Christian G. Vergonis
Michael A. Carvin
(D.C. Bar No. 366784)
(pro hac vice)
Christian G. Vergonis
(D.C. Bar No. 483293)
(pro hac vice)
Jacqueline M. Holmes
(D.C. Bar No. 450357)
(pro hac vice)
Robert Stander
(D.C. Bar No. 1028454)
(pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939
(202) 616-1700 FAX
mcarvin@jonesday.com

Timothy J. O'Connell, WSBA 15372
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900
(206) 386-7500 FAX
Tim.oconnell@stoel.com

Steven P. Lehotsky
(D.C. Bar No. 992725)
(pro hac vice)
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-3187
slehotsky@uschamber.com

*Attorneys for Plaintiff*
*Chamber of Commerce of the*
*United States of America*

STIPULATED MOTION TO EXTEND MOTIONS
AND BRIEFING SCHEDULE (17-cv-00370) - 3

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

By: s/ Robert J. Maguire
Robert J. Maguire, WSBA 29909
Douglas C. Ross, WSBA 12811
DAVIS WRIGHT TREMAINE
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
(206) 622-3150
(206) 757-7700 FAX
robmaguire@dwt.com

*Attorneys for Plaintiff Rasier, LLC*

STIPULATED MOTION TO EXTEND MOTIONS
AND BRIEFING SCHEDULE (17-cv-00370) - 4

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

# ORDER

IT IS SO ORDERED.

Dated this 8th day of March, 2019.

*/s/ Robert S. Lasnik*
The Hon. Robert S. Lasnik
Senior United States District Judge

STIPULATED MOTION TO EXTEND MOTIONS
AND BRIEFING SCHEDULE (17-cv-00370) - 5

**PETER S. HOLMES**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200