The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; and RASIER, LLC<br><br>Plaintiffs,<br>v.<br><br>CITY OF SEATTLE; SEATTLE DEPARTMENT OF FINANCE AND ADMINISTRATIVE SERVICES; and FRED PODESTA, in his official capacity as Director, Finance and Administrative Services, City of Seattle,<br><br>Defendants. | No. 17-cv-00370-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO RENOTE HEARING DATE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND TO EXTEND DEADLINE FOR RESPONDING TO DISCOVERY REQUESTS** |

This matter comes before the Court on the parties' Stipulated Motion to Renote Hearing on Plaintiffs' Motion for Summary Judgment and Extend Discovery Deadline. (Dkt. # 108). The parties seek to renote the hearing date for Plaintiffs' Motion for Summary Judgment. (Dkt. # 100) to February 7, 2020, and to extend the deadline for responding or objecting to Seattle's First Sets of Discovery Requests for Production to Defendants by sixty days.

For all the foregoing reasons, the Stipulated Motion to Renote Hearing on Plaintiffs' Motion for Summary Judgment and Extend Discovery Deadline is GRANTED. The Clerk of

ORDER GRANTING STIPULATED MOTION TO RENOTE HEARING ON
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND TO EXTEND
DISCOVERY DEADLINE - 1
4819-6356-9567v.1 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

the Court is directed to renote plaintiffs' motion for summary judgment on the Court's calendar for Friday, February 7, 2020.

Dated this 7th day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO RENOTE HEARING ON
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND TO EXTEND
DISCOVERY DEADLINE - 2
4819-6356-9567v.1 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax