The Honorable Robert S. Lasnik

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA; and
RASIER, LLC

No. 17-cv-00370-RSL

11
12

Plaintiffs,

v.

13

CITY OF SEATTLE; SEATTLE
DEPARTMENT OF FINANCE AND
ADMINISTRATIVE SERVICES; and FRED
PODESTA, in his official capacity as Director,
Finance and Administrative Services, City of
Seattle,

**STIPULATED MOTION TO
RENOTE HEARING DATE FOR
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT**

**NOTED ON MOTION
CALENDAR:
JANUARY 30, 2020**

14
15
16
17

Defendants.

18
19

**STIPULATION**

20

Pursuant to Local Rules 7(d)(1) and 10(g), and Federal Rules of Civil Procedure 34(b)(2)

21

and 29(b), Plaintiffs Chamber of Commerce of the United States of America (the "Chamber")

22

and Rasier, LLC ("Rasier") and Defendants ("Seattle") submit this stipulated motion seeking to

23

renote the hearing date for Plaintiffs' Motion for Summary Judgment (Dkt. #100) from February

24

7, 2020 to May 8, 2020.

25

1.   On August 7, 2019, Judge Lasnik ordered that Plaintiffs' Motion for Summary

26

Judgment be renoted for hearing on February 7, 2020 to allow Seattle to conduct certain

27

discovery (Dkt 109).

STIPULATED MOTION TO RENOTE HEARING ON PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT (17-cv-00370-RSL) - 1
4832-9825-6051v.2 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

2.   Seattle has served requests for production on the Chamber and Rasier, and has served a subpoena on Lyft, Inc.  The Chamber, Rasier, and Lyft have provided written responses and objections to Seattle's discovery.

3.   On December 23, 2019, the Chamber and Seattle filed a joint submission under LCR 37 regarding requests for production to the Chamber.  The motion sought to resolve certain discovery issues and remains pending.

4.   The parties are also engaged in discussions and negotiations concerning a protective order, discovery, and other issues pertaining to the claims in this lawsuit.

5.   To allow the Court and parties sufficient time to address these issues, the parties agree that Plaintiffs' Motion for Summary Judgment should be renoted for hearing on May 8, 2020.

6.   No party will be prejudiced by the proposed scheduling changes.

IT IS SO STIPULATED.

DATED this 30th day of January, 2020.

Respectfully submitted,

By:  _s/ Robert J. Maguire_
Robert J. Maguire, WSBA 29909
Douglas C. Ross, WSBA 12811
DAVIS WRIGHT TREMAINE
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
(206) 622-3150
(206) 757-7700 FAX
robmaguire@dwt.com

*Attorneys for Plaintiff Rasier, LLC*

By:  _s/ Timothy J. O'Connell (via email auth)_
Timothy J. O'Connell, WSBA 15372
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900
(206) 386-7500 FAX
Tim.oconnell@stoel.com

Michael A. Carvin
(D.C. Bar No. 366784)
(pro hac vice)

Christian G. Vergonis
(D.C. Bar No. 483293)
(pro hac vice)

Jacqueline M. Holmes
(D.C. Bar No. 450357)
(pro hac vice)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

By:  *s/Jessica Nadelman (via email auth.)*

PETER S. HOLMES
   *Seattle City Attorney*
JESSICA NADELMAN
SARA O'CONNOR-KRISS
   *Assistant City Attorneys*
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA  98104
(206) 684-8200

STEPHEN P. BERZON (pro hac vice)
STACEY M. LEYTON (pro hac vice)
P. CASEY PITTS (pro hac vice)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
(415) 421-7151

*Attorneys for Defendants*
*City of Seattle et al.*

Robert Stander
(D.C. Bar No. 1028454)
(pro hac vice)

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939
(202) 616-1700 FAX
mcarvin@jonesday.com

Steven P. Lehotsky (pro hac vice)
(D.C. Bar No. 992725)
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-3187
slehotsky@uschamber.com

*Attorneys for Plaintiff*
*Chamber of Commerce of the*
*United States of America*

STIPULATED MOTION TO RENOTE HEARING ON PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT (17-cv-00370-RSL) - 3
4832-9825-6051v.2 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax