The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; and RASIER, LLC<br><br>Plaintiffs,<br>v.<br><br>CITY OF SEATTLE; SEATTLE DEPARTMENT OF FINANCE AND ADMINISTRATIVE SERVICES; and FRED PODESTA, in his official capacity as Director, Finance and Administrative Services, City of Seattle,<br><br>Defendants. | No. 17-cv-00370-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO RENOTE HEARING DATE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

This matter comes before the Court on the Parties' Stipulated Motion to Renote Hearing on Plaintiffs' Motion for Summary Judgment. The parties seek to renote the hearing date for Plaintiffs' Motion for Summary Judgment. (Dkt. #100) from February 7, 2020 to May 8, 2020.

For the foregoing reasons, the Stipulated Motion to Renote Hearing on Plaintiffs' Motion for Summary Judgment (Dkt. 114) is GRANTED. The Clerk of the Court is directed

/ / /

/ / /

ORDER GRANTING STIPULATED MOTION TO RENOTE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
(17-cv-00370-RSL) - 1
4831-1062-6739v.2 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  to renote plaintiffs' motion for summary judgment on the Court's calendar for Friday, May 8,
2  2020.
3        Dated this 31st day of January, 2020.
4
5
6                                            Robert S. Lasnik
7                                            United States District Judge
8
9
10 Presented by:
11 By: *s/ Robert J. Maguire*
     Robert J. Maguire, WSBA 29909
12      Douglas C. Ross, WSBA 12811
     DAVIS WRIGHT TREMAINE
13      Suite 3300
     920 Fifth Avenue
14      Seattle, WA 98104-1610
15      (206) 622-3150
     (206) 757-7700 FAX
16      robmaguire@dwt.com
17 *Attorneys for Plaintiff Rasier, LLC*
18
19 By: *s/ Jessica Nadelman (via email auth.)*
     PETER S. HOLMES
20      *Seattle City Attorney*
21      JESSICA NADELMAN
     SARA O'CONNOR-KRISS
22      *Assistant City Attorneys*
     Seattle City Attorney's Office
23      701 Fifth Avenue, Suite 2050
     Seattle, WA 98104
24      (206) 684-8200
25
26
27

ORDER GRANTING STIPULATED MOTION TO RENOTE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (17-cv-00370-RSL) - 2
4831-1062-6739v.2 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

STEPHEN P. BERZON (pro hac vice)
STACEY M. LEYTON (pro hac vice)
P. CASEY PITTS (pro hac vice)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
(415) 421-7151

*Attorneys for Defendants*
*City of Seattle et al.*

By: *s/ Timothy J. O'Connell (via email auth)*
Timothy J. O'Connell, WSBA 15372
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900
(206) 386-7500 FAX
Tim.oconnell@stoel.com

Michael A. Carvin
(D.C. Bar No. 366784)
(pro hac vice)

Christian G. Vergonis
(D.C. Bar No. 483293)
(pro hac vice)

Jacqueline M. Holmes
(D.C. Bar No. 450357)
(pro hac vice)

Robert Stander
(D.C. Bar No. 1028454)
(pro hac vice)

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939
(202) 616-1700 FAX
mcarvin@jonesday.com

ORDER GRANTING STIPULATED MOTION TO RENOTE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
(17-cv-00370-RSL) - 3
4831-1062-6739v.2 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Steven P. Lehotsky (pro hac vice)
(D.C. Bar No. 992725)
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-3187
slehotsky@uschamber.com

*Attorneys for Plaintiff*
*Chamber of Commerce of the United States of America*

ORDER GRANTING STIPULATED MOTION TO RENOTE HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
(17-cv-00370-RSL) - 4
4831-1062-6739v.2 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax