The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; and RASIER, LLC<br><br>Plaintiffs,<br>v.<br><br>CITY OF SEATTLE; SEATTLE DEPARTMENT OF FINANCE AND ADMINISTRATIVE SERVICES; and FRED PODESTA, in his official capacity as Director, Finance and Administrative Services, City of Seattle,<br><br>Defendants. | No. 17-cv-00370-RSL<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE REGARDING POSSESSION, CUSTODY, OR CONTROL OF DOCUMENTS**<br><br>NOTED ON MOTION CALENDAR:<br>MARCH 20, 2020 |

In a joint submission regarding discovery, Defendant City of Seattle sought an order from this Court compelling Plaintiff Chamber of Commerce to produce documents belonging to its members, including Lyft, Inc., and Eastside for Hire. (Dkt. 113.) The Chamber responded that it has no obligation to do so because it lacks possession, custody, or control of its members' documents. In a March 10 ruling, this Court ordered the Chamber to "notify the Court whether it has the power to obtain and produce the documents requested by the City of Seattle in its First Set of Requests for Production," given the Chamber's "relationship with its members and whatever authorization gives it the right to pursue this litigation." (Dkt. 116 at 4–5.)

JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE REGARDING POSSESSION, CUSTODY (17-cv-00370-RSL) - 1
4844-6943-1479v.1 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The Chamber, Rasier, LLC, and the City of Seattle hereby jointly move for a 14-day extension of time for the Chamber to file the discovery notice ordered in this Court's March 10 ruling. (Dkt. 116). The notice is currently due Tuesday, March 24, 2010. The parties request an extension to and including April 7, 2020. The additional time will maintain the current status quo while the parties discuss how the litigation should proceed going forward.  The parties also request additional time due to the law-office closures and court closures required by the COVID-19 pandemic. For these reasons, good cause exists for a 14-day extension of time.

DATED this 20th day of March, 2020.

Respectfully submitted,

By: *s/ Robert J. Maguire*
Robert J. Maguire, WSBA 29909
Douglas C. Ross, WSBA 12811
DAVIS WRIGHT TREMAINE
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
(206) 622-3150
(206) 757-7700 FAX
robmaguire@dwt.com

*Attorneys for Plaintiff Rasier, LLC*


By: *s/ P. Casey Pitts (via email auth.)*
Stephen P. Berzon (pro hac vice)
Stacey M. Leyton (pro hac vice)
P. Casey Pitts (pro hac vice)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
(415) 421-7151

By: *s/ Timothy J. O'Connell (via email auth)*
Timothy J. O'Connell, WSBA 15372
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900
(206) 386-7500 FAX
Tim.oconnell@stoel.com

Michael A. Carvin
(D.C. Bar No. 366784)
(pro hac vice)

Christian G. Vergonis
(D.C. Bar No. 483293)
 (pro hac vice)

Jacqueline M. Holmes
(D.C. Bar No. 450357)
 (pro hac vice)


Robert Stander
(D.C. Bar No. 1028454)
 (pro hac vice)

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939
(202) 616-1700 FAX
mcarvin@jonesday.com

JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE REGARDING POSSESSION, CUSTODY (17-cv-00370-RSL) - 2
4844-6943-1479v.1 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| PETER S. HOLMES<br>  *Seattle City Attorney*<br>JESSICA NADELMAN<br>SARA O'CONNOR-KRISS<br>  *Assistant City Attorneys*<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>(206) 684-8200<br><br>*Attorneys for Defendants*<br>*City of Seattle et al* | Steven P. Lehotsky (pro hac vice)<br>(D.C. Bar No. 992725)<br>U.S. CHAMBER LITIGATION CENTER<br>1615 H Street, N.W.<br>Washington, D.C. 20062<br>(202) 463-3187<br>slehotsky@uschamber.com<br><br>*Attorneys for Plaintiff*<br>*Chamber of Commerce of the*<br>*United States of America* |

JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE REGARDING POSSESSION, CUSTODY (17-cv-00370-RSL) - 3
4844-6943-1479v.1 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax