The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; and RASIER, LLC<br><br>Plaintiffs,<br>v.<br><br>CITY OF SEATTLE; SEATTLE DEPARTMENT OF FINANCE AND ADMINISTRATIVE SERVICES; and FRED PODESTA, in his official capacity as Director, Finance and Administrative Services, City of Seattle,<br><br>Defendants. | No. 17-cv-00370-RSL<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE REGARDING POSSESSION, CUSTODY, OR CONTROL OF DOCUMENTS** |

This matter comes before the Court on the Parties' Joint Motion for Extension of Time to File Notice Regarding Possession, Custody, or Control of Documents. The parties seek a 14-day extension of time for the Chamber to file the discovery notice ordered in the Court's March 10 ruling (Dkt. 116). The notice is currently due Tuesday, March 24, 2020. The Court finds that good cause exists for a 14-day extension and the Joint Motion for Extension of Time to File Notice Regarding Possession, Custody, or Control of Documents (Dkt. 117) is GRANTED.

//

//

//

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE (17-cv-00370-RSL) - 1
4812-9750-0088v.2 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Dated this 24th day of March, 2020.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

Presented by:

By:  *s/ Robert J. Maguire*
     Robert J. Maguire, WSBA 29909
     Douglas C. Ross, WSBA 12811
     DAVIS WRIGHT TREMAINE
     Suite 3300
     920 Fifth Avenue
     Seattle, WA 98104-1610
     (206) 622-3150
     (206) 757-7700 FAX
     robmaguire@dwt.com

*Attorneys for Plaintiff Rasier, LLC*

By:  *s/ P. Casey Pitts (via email auth.)*
     Stephen P. Berzon (pro hac vice)
     Stacey M. Leyton (pro hac vice)
     P. Casey Pitts (pro hac vice)
     ALTSHULER BERZON LLP
     177 Post Street, Suite 300
     San Francisco, CA  94108
     (415) 421-7151

     PETER S. HOLMES
       *Seattle City Attorney*
     JESSICA NADELMAN
     SARA O'CONNOR-KRISS
       *Assistant City Attorneys*
     Seattle City Attorney's Office
     701 Fifth Avenue, Suite 2050
     Seattle, WA  98104
     (206) 684-8200

*Attorneys for Defendants
City of Seattle et al*

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE (17-cv-00370-RSL) - 2
4812-9750-0088v.2 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

By: *s/ Timothy J. O'Connell (via email auth)*
Timothy J. O'Connell, WSBA 15372
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900
(206) 386-7500 FAX
Tim.oconnell@stoel.com

Michael A. Carvin
(D.C. Bar No. 366784)
(pro hac vice)

Christian G. Vergonis
(D.C. Bar No. 483293)
(pro hac vice)

Jacqueline M. Holmes
(D.C. Bar No. 450357)
(pro hac vice)

Robert Stander
(D.C. Bar No. 1028454)
(pro hac vice)

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939
(202) 616-1700 FAX
mcarvin@jonesday.com

Steven P. Lehotsky (pro hac vice)
(D.C. Bar No. 992725)
U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-3187
slehotsky@uschamber.com

*Attorneys for Plaintiff*
*Chamber of Commerce of the United States of America*

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE (17-cv-00370-RSL) - 3
4812-9750-0088v.2 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax