The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; and RASIER, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF SEATTLE; SEATTLE DEPARTMENT OF FINANCE AND ADMINISTRATIVE SERVICES; and FRED PODESTA, in his official capacity as Director, Finance and Administrative Services, City of Seattle,<br><br>　　　　　　　　　　Defendants. | No. 17-cv-00370-RSL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Chamber of Commerce of the United States of America and Rasier LLC ("Plaintiffs") and Defendants ("Seattle"), by and through their respective counsel of record, jointly stipulate to dismiss

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITHOUT
PREJUDICE (17-cv-00370-RSL) - 1
4824-9180-2553v.3 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1 voluntarily all claims and counterclaims that remain pending before the Court without prejudice
2 and without an award of fees or costs to any party.  The claims that remain at issue in this case,
3 which are the only ones hereby dismissed without prejudice, are Counts One and Two of
4 Plaintiffs' Amended Complaint, counts Three through Eight having previously been dismissed
5 with prejudice.
6       Respectfully submitted this 9th day of April, 2020.

7

8 By: *s/ Robert J. Maguire*
    Robert J. Maguire, WSBA 29909
9     Douglas C. Ross, WSBA 12811
    DAVIS WRIGHT TREMAINE
10     920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
11     (206) 622-3150 (206) 757-7700 FAX
    robmaguire@dwt.com
12
13     *Attorneys for Plaintiff Rasier, LLC*

14

15 By: *s/ P. Casey Pitts (via email auth.)*
    Stephen P. Berzon (pro hac vice)
16     Stacey M. Leyton (pro hac vice)
    P. Casey Pitts (pro hac vice)
17     ALTSHULER BERZON LLP
    177 Post Street, Suite 300
18     San Francisco, CA  94108
    (415) 421-7151
19

20

21     PETER S. HOLMES
      *Seattle City Attorney*
22     JESSICA NADELMAN
    SARA O'CONNOR-KRISS
23       *Assistant City Attorneys*
    Seattle City Attorney's Office
24     701 Fifth Avenue, Suite 2050
    Seattle, WA  98104
25     (206) 684-8200

26
    *Attorneys for Defendants*
27     *City of Seattle et al*

By: *s/ Timothy J. O'Connell (via email auth)*
    Timothy J. O'Connell, WSBA 15372
    STOEL RIVES LLP
    600 University Street, Suite 3600
    Seattle, WA 98101
    (206) 624-0900 (206) 386-7500 FAX
    Tim.oconnell@stoel.com

    Michael A. Carvin
    (D.C. Bar No. 366784)
    (pro hac vice)

    Christian G. Vergonis
    (D.C. Bar No. 483293)
    (pro hac vice)

    Jacqueline M. Holmes
    (D.C. Bar No. 450357)
    (pro hac vice)

    Robert Stander
    (D.C. Bar No. 1028454)
    (pro hac vice)
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, D.C.  20001
    (202) 879-3939
    (202) 616-1700 FAX
    mcarvin@jonesday.com

    Steven P. Lehotsky (pro hac vice)
    (D.C. Bar No. 992725)
    U.S. CHAMBER LITIGATION
    CENTER
    1615 H Street, N.W.
    Washington, D.C. 20062

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITHOUT
PREJUDICE (17-cv-00370-RSL) - 2
4824-9180-2553v.3 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

(202) 463-3187
slehotsky@uschamber.com

*Attorneys for Plaintiff*
*Chamber of Commerce of the*
*United States of America*

**ORDER**

This matter having come on regularly for consideration before the undersigned Judge upon the above and foregoing stipulation, and the Court being fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that all claims and counterclaims that remain pending before the Court are dismissed without prejudice and without an award of fees or costs to any party. All claims having been resolved, this matter shall be closed.

DATED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

By: *s/ Robert J. Maguire*
    Robert J. Maguire, WSBA 29909
    Douglas C. Ross, WSBA 12811
    DAVIS WRIGHT TREMAINE
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    (206) 622-3150 (206) 757-7700 FAX
    robmaguire@dwt.com

*Attorneys for Plaintiff Rasier, LLC*

By: *s/ P. Casey Pitts (via email auth.)*
    Stephen P. Berzon (pro hac vice)
    Stacey M. Leyton (pro hac vice)
    P. Casey Pitts (pro hac vice)

By: *s/ Timothy J. O'Connell (via email auth)*
    Timothy J. O'Connell, WSBA 15372
    STOEL RIVES LLP
    600 University Street, Suite 3600
    Seattle, WA 98101
    (206) 624-0900 (206) 386-7500 FAX
    Tim.oconnell@stoel.com

Michael A. Carvin
(D.C. Bar No. 366784)
(pro hac vice)

Christian G. Vergonis
(D.C. Bar No. 483293)
(pro hac vice)

Jacqueline M. Holmes
(D.C. Bar No. 450357)

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITHOUT
PREJUDICE (17-cv-00370-RSL) - 3
4824-9180-2553v.3 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
2  San Francisco, CA  94108
   (415) 421-7151
3

4  PETER S. HOLMES
     *Seattle City Attorney*
5  JESSICA NADELMAN
   SARA O'CONNOR-KRISS
6    *Assistant City Attorneys*
7  Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
8  Seattle, WA  98104
   (206) 684-8200
9
10 *Attorneys for Defendants*
   *City of Seattle et al*
11

(pro hac vice)

Robert Stander
(D.C. Bar No. 1028454)
(pro hac vice)

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939
(202) 616-1700 FAX
mcarvin@jonesday.com

Steven P. Lehotsky (pro hac vice)
(D.C. Bar No. 992725)

U.S. CHAMBER LITIGATION CENTER
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-3187
slehotsky@uschamber.com

*Attorneys for Plaintiff*
*Chamber of Commerce of the*
*United States of America*

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITHOUT
PREJUDICE (17-cv-00370-RSL) - 4
4824-9180-2553v.3 0096932-000036

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax