The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; and RASIER, LLC<br><br>　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>CITY OF SEATTLE; SEATTLE DEPARTMENT OF FINANCE AND ADMINISTRATIVE SERVICES; and FRED PODESTA, in his official capacity as Director, Finance and Administrative Services, City of Seattle,<br><br>　　　　　　　　　　　Defendants. | No. 17-cv-00370-RSL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Chamber of Commerce of the United States of America and Rasier LLC ("Plaintiffs") and Defendants ("Seattle"), by and through their respective counsel of record, jointly stipulate to dismiss voluntarily all claims and counterclaims that remain pending before the Court without prejudice and without an award of fees or costs to any party.  The claims that remain at issue in this case, which are the only ones hereby dismissed without prejudice, are Counts One and Two of

//

STIPULATION AND ORDER FOR
DISMISSAL WITHOUT PREJUDICE
(17-cv-00370-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Plaintiffs' Amended Complaint, counts Three through Eight having previously been dismissed with prejudice.

Respectfully submitted this 9th day of April, 2020.

| | |
|---|---|
| By: *s/ Robert J. Maguire*<br>Robert J. Maguire, WSBA 29909<br>Douglas C. Ross, WSBA 12811<br>DAVIS WRIGHT TREMAINE<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>(206) 622-3150 (206) 757-7700 FAX<br>robmaguire@dwt.com<br><br>*Attorneys for Plaintiff Rasier, LLC*<br><br>By: *s/ P. Casey Pitts (via email auth.)*<br>Stephen P. Berzon (pro hac vice)<br>Stacey M. Leyton (pro hac vice)<br>P. Casey Pitts (pro hac vice)<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>(415) 421-7151<br><br>PETER S. HOLMES<br>  *Seattle City Attorney*<br>JESSICA NADELMAN<br>SARA O'CONNOR-KRISS<br>  *Assistant City Attorneys*<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>(206) 684-8200<br><br>*Attorneys for Defendants*<br>*City of Seattle et al* | By: *s/ Timothy J. O'Connell (via email auth)*<br>Timothy J. O'Connell, WSBA 15372<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>(206) 624-0900 (206) 386-7500 FAX<br>Tim.oconnell@stoel.com<br><br>Michael A. Carvin<br>(D.C. Bar No. 366784)<br>(pro hac vice)<br><br>Christian G. Vergonis<br>(D.C. Bar No. 483293)<br> (pro hac vice)<br><br>Jacqueline M. Holmes<br>(D.C. Bar No. 450357)<br> (pro hac vice)<br><br>Robert Stander<br>(D.C. Bar No. 1028454)<br> (pro hac vice)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 879-3939<br>(202) 616-1700 FAX<br>mcarvin@jonesday.com<br><br>Steven P. Lehotsky (pro hac vice)<br>(D.C. Bar No. 992725)<br>U.S. CHAMBER LITIGATION CENTER<br>1615 H Street, N.W.<br>Washington, D.C. 20062<br>(202) 463-3187<br>slehotsky@uschamber.com<br><br>*Attorneys for Plaintiff*<br>*Chamber of Commerce of the*<br>*United States of America* |

STIPULATION AND ORDER FOR
DISMISSAL WITHOUT PREJUDICE
(17-cv-00370-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

This matter having come on regularly for consideration before the undersigned Judge upon the above and foregoing stipulation, and the Court being fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that all claims and counterclaims that remain pending before the Court are dismissed without prejudice and without an award of fees or costs to any party.  All claims having been resolved, this matter shall be closed.

Dated this 10th day of April, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER FOR
DISMISSAL WITHOUT PREJUDICE
(17-cv-00370-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax